## Tuttleman *v.* Beetem, Appellant (No. 2).

OPINION BY HENDERSON, J., November 13, 1911:

This case arises out of the same state of facts and involves the same question disposed of in No. 285, October Term, 1910, ante, p. 345, between the same parties. The decision in that case was adverse to the appellants, and for the reasons given in the opinion handed down, a similar judgment is entered in this case.

Judgment reversed, demurrer reinstated and judgment is now entered for the defendants on the demurrer.